**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Christopher L. HALEY, Defendant–Appellant.**

**No. 14–14076**
**Non–Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

April 22, 2015.

R. Brian Tanner, James D. Durham, Frederick W. Kramer, III, Brian T. Raf-

---

ferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee.

Matthew Hube, Hube & Tucker, PC, Statesboro, GA, Christopher L. Haley, FCI Edgefield-Inmate Legal Mail, Edgefield, SC, for Defendant-Appellant.

Before JORDAN, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Matthew K. Hube, appointed counsel for Christopher L. Haley in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). In a *pro se* response to counsel's motion to withdraw, Haley requests the appointment of substitute counsel and a continuance. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Haley's *pro se* motion for appointment of substitute counsel and a continuance is **DENIED,** and the judgment revoking Haley's supervised release and his resulting sentence are **AFFIRMED.**